

| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| 2 | United States Attorney<br>KIMBERLY A. SANCHEZ |
| 3 | Assistant U.S. Attorney<br>4401 Federal Building |
| 4 | 2500 Tulare Street<br>Fresno, California 93721 |
| 5 | Telephone: (559) 497-4000 |

FILED
DEC 0 5 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1: 06SW 335
1: 06▪00335   UO

IN THE MATTER OF:                )   S.W. NO.
                                 )
944 Banyan Drive                 )   **UNDER SEAL**
Lemoore, California 93245        )
2001 Chevrolet 1500 Truck, VIN   )   SEALING ORDER
1GCEC19T61Z201320                )
2005 Pace American trailer, VIN  )
4P2FB08105U059005                )
Cellular telephone with number   )
(559)707-4414                    )
_____)

    The United States of America, having applied to this Court, for an Order permitting it to file the search warrant and applicant and affidavit in the above-entitled proceedings, together with its Application to Seal, Memorandum of Points and Authorities and the accompanying Declaration of Kimberly A. Sanchez, under seal, and good cause appearing therefor,

    IT IS HEREBY ORDERED that the search warrant affidavit in the above-entitled proceeding, together with the Application To

1

1   Seal of the United States Attorney and the accompanying
2   Memorandum of Points and Authorities and Declaration of
3   Kimberly A. Sanchez, shall be filed with the Court in camera,
4   under seal and shall not be disclosed pending further order of
5   this court.

DATED: 12-5-06

Lawrence J. O'Neill
U.S. Magistrate Judge

2