McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000



FILED

DEC 1 3 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

*944 Banyan Drive
Lemoore, California 93245
*2001 Chevrolet 1500 Truck, VIN 1GCEC19T61Z201320
*2005 Pace American trailer, VIN 4P2FB08105U059005
*Cellular telephone with number (559)707-4414

Case No. 1:06-sw-00335 LJO
1:06-sw-00336 LJO
1:06-sw-00337 LJO
1:06-sw-00338 LJO

ORDER TO UNSEAL APPLICATION TO SEAL, MEMORANDUM OF POINTS AND AUTHORITRIES AND THE ACCOMPANYING ACCOMPANYING DECLARATION OF KIMBERLY A. SANCHEZ

The Search Warrant Application and Affidavit and Supporting Memorandum in this case, having been sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret,

IT IS HEREBY ORDERED that the Search Warrant Application and Affidavit and Supporting Memorandum be unsealed and made public record.

DATED: Dec 13 2006

Lawrence J. O'Neill
U.S. Magistrate Judge